G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
TIMOTHY HILL,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIMOTHY HILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CREDIT MANAGEMENT, L.P.; and DOES 1 TO 10, inclusive,<br>　　　　Defendants. | Case No.<br>**2:12-cv-07912-AJW**<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff, TIMOTHY HILL, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendant, CREDIT MANAGEMENT, L.P.; and DOES 1 TO 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Respectfully submitted this 21st day of January, 2013,

　　　　　　　　　　　　　　　　**PRICE LAW GROUP APC**

　　　　　　　　　　　　　　　　By: /s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　 G. Thomas Martin, III
　　　　　　　　　　　　　　　　　　 Attorney for Plaintiff