G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
TIMOTHY HILL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIMOTHY HILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CREDIT MANAGEMENT, L.P.; and DOES 1 TO 10, inclusive,<br><br>　　　　Defendants. | Case No.<br>2:12-cv-07912-AJW<br><br>Honorable Andrew J. Wistrich<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

Plaintiff, TIMOTHY HILL, by counsel, and Defendants, CREDIT MANAGEMENT, L.P., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against CREDIT MANAGEMENT, L.P.; and DOES 1 TO 10, inclusive, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

Respectfully submitted this 28th day of February, 2013,

        By: /s/ G. Thomas Martin, III
        G. Thomas Martin, III (SBN 218456)
        PRICE LAW GROUP, APC
        15760 Ventura Blvd., Suite 1100
        Encino, CA 91436
        Direct Dial: (818) 907-2030
        Fax: (818) 205-3730
        tom@plglawfirm.com


By:/s/ Sean P. Flynn
Sean P. Flynn (SBN 220184)
FOLEY & MANSFIELD, PLLP
300 South Grand Avenue, Suite 2800
Los Angeles, CA 90071
Telephone: (213) 283-2100
Facsimile: (213) 283-2101
Attorneys for Defendant
CREDIT MANAGEMENT, L.P.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Respectfully submitted this 28th day of February, 2013,

    By: /s/ G. Thomas Martin, III
    G. Thomas Martin, III (SBN 218456)
    PRICE LAW GROUP, APC
    15760 Ventura Blvd., Suite 1100
    Encino, CA 91436
    Direct Dial: (818) 907-2030
    Fax: (818) 205-3730
    tom@plglawfirm.com


    By:/s/ Sean P. Flynn
    Sean P. Flynn (SBN 220184)
    FOLEY & MANSFIELD, PLLP
    300 South Grand Avenue, Suite 2800
    Los Angeles, CA 90071
    Telephone: (213) 283-2100
    Facsimile: (213) 283-2101
    Attorneys for Defendant
    CREDIT MANAGEMENT, L.P.